

# NUMBER 13-15-00001-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PLAINSCAPITAL BANK

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam Memorandum Opinion[1]

Relator, PlainsCapital Bank, filed a petition for writ of mandamus with a request for temporary relief in the above cause on January 5, 2015. Through this original proceeding, relator seeks to compel the trial court to: (1) affirm or reinstate the December 29, 2014 order granting relator's motion for summary judgment, or in the alternative grant a new summary judgment in favor of relator; and (2) vacate, reverse, or otherwise deny the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

December 24, 2014 order granting the motion to reconsider filed by real party in interest, Ismael Flores.

The Court, having examined and fully considered the petition for writ of mandamus, the request for temporary relief, and the applicable law, is of the opinion that the petition for writ of mandamus should be denied. *See* TEX. R. CIV. P. 166a; *In re Greater McAllen Star Properties, Inc.*, 444 S.W.3d 743, 748–50 (Tex. App.—Corpus Christi 2014, orig. proceeding). Accordingly, we deny the petition for writ of mandamus and the request for temporary relief.

PER CURIAM

Delivered and filed the
6th day of January, 2015.